IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES A. WALLS                                                                                     PETITIONER
ADC #111912,

v.                                            5:14CV00199-JM-JJV

RAY HOBBS, Director,                                                                                RESPONDENT
Arkansas Department of Correction

## ORDER

Mr. Walls, an inmate in the Arkansas Department of Correction East Arkansas Regional Unit, has filed a *pro se* Petition for a Writ of Habeas Corpus. (Doc. No. 1.) However, he has not paid the $5.00 filing fee, nor has he filed a proper and complete Application to Proceed Without Prepayment of Fees and Affidavit.

Mr. Walls, shall submit within twenty-one (21) days from the entry date of this Order either the $5.00 filing fee or a proper and complete Application with calculation sheet and certified copy of his trust fund account statement for the preceding six months. Mr. Walls's failure to comply with this Order may result in the dismissal of his case without prejudice. The Clerk of the Court shall mail Mr. Walls an Application to Proceed Without Prepayment of Fees and calculation sheet.

SO ORDERED this 20th day of May, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE